BERTA MURPHY et al., Appellants, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

MARY NIELSEN et al., Appellants, v. H. NELSON FLANAGAN & CO., INC., Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

LUCIA PANETTIERI, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

EMANUEL PATRIKES et al., Appellants, v. J. C. H. SERVICE STATIONS, INC., Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

PRESIDENT and DIRECTORS OF MANHATTAN COMPANY, as Trustee, Appellant-Respondent, v. OSCAR ERLANDSEN, Respondent, and AMY L. ERLANDSEN, Respondent-Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ST. GEORGE TRUCKING CORPORATION, Respondent, v. BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Appellants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ANTHONY SAMMARTANO, Respondent, v. GROSSMAN STEEL STAIR CORPORATION, Appellant, and MARGATE ESTATES, INC., Defendant-Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

JOHN TWYMAN et al., Appellants, v. MILK BOTTLERS FEDERATION, Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

UNION FREE SCHOOL DISTRICT No. 5 OF THE TOWNS OF NORTH HEMPSTEAD AND HEMPSTEAD, NASSAU COUNTY, Respondent, v. PILGRIM ESTATES, INC., et al., Appellants, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

SARAH A. WHEELER, Appellant, v. WOODSIDE RESIDENCES, INC., et al., Respondents, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

CHARLOTTE W. WILKE et al., Appellants, v. ARTHUR W. BRITTON et al., Defendants, HARVEY D. GIBSON et al., Defendants-Respondents, and DISTILLERS CORPORATION-SEAGRAMS LTD., Defendant-Respondent, Appearing Specially.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of VETA GRIPPO, as Administratrix of the Estate of ALEX GRIPPO, Deceased, Respondent, against CITY OF BEACON, Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.